UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 104.220.102.186,<br><br>　　　　　Defendant. | Case No.: 2:21-01167-TLN-CKD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including November 28, 2021 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED**.

Dated: September 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE